DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BARNSDALE HOLDINGS, LLC,**
Petitioner,

v.

**WELLS FARGO BANK, N.A.,**
Respondent.

No. 4D15-1310

[September 24, 2015]

Petition for writ of certiorari to the Fifteenth Judicial Circuit, Palm Beach County; Eli Breger, Senior Judge; L.T. Case No. 50-2010-CA015088XXXXMB (AW).

Thomas Erskine Ice of Ice Appellate, Royal Palm Beach, for petitioner.

Erin M. Bradford of Kass Shuler, P.A., Tampa, for respondent.

PER CURIAM.

We deny the petition for writ of certiorari. The court's order denying a motion to disqualify respondent's law firm did not depart from the essential requirements of law because the types of confidences attorney Chen acquired during his former employment were not material to the foreclosure action.

CIKLIN, C.J., GROSS and CONNER JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*